258 So.2d 553

**STATE of Louisiana ex rel.**
**Louis MITCHELL**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52257.

March 15, 1972.

In re: Louis Mitchell applying for writ of habeas corpus.

Writ refused. The showing made is insufficient to warrant the exercise of our original or supervisory jurisdiction.

■

258 So.2d 553

**STATE of Louisiana ex rel. Carl E. DAVIS**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary.**

No. 52261.

March 15, 1972.

In re: Carl E. Davis applying for writs of habeas corpus, certiorari, prohibition and mandamus.

Application denied; the showing made does not warrant the exercise of our jurisdiction.

BARHAM, J., is of the opinion an evidentiary hearing is required under this application.